# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE **Carol Pawlowski**
Debtor :

**CHAPTER 13**
BANKRUPTCY NO. **26-12901-djb**

## OBJECTION OF NEWTOWN GATE TOWNHOUSE OWNERS ASSOCIATION, INC. TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Newtown Gate Townhouse Owners Association, Inc., by and through its undersigned counsel, hereby files the following Objection to Confirmation of Debtor's Plan:

1. Newtown Gate Townhouse Owners Association, Inc. is the holder of a secured debt against the Debtor, as more fully set forth in the Proof of Claim attached hereto as Exhibit "A".

2. Debtor's Plan proposes no payments to Newtown Gate Townhouse Owners Association, Inc. for prepetition debt, and makes no provisions for payments to Newtown Gate Townhouse Owners Association, Inc. outside of the Plan for post-petition debt.

3. The Plan will not cure arrears properly due to Newtown Gate Townhouse Owners Association, Inc., and makes no provisions for maintaining future charges as they become due.

4. Debtor has not provided sufficient proceeds to properly fund the Plan in order to meet the arrears or maintain current payments; the proposed Plan should thus be denied confirmation.

**WHEREFORE**, The Newtown Gate Townhouse Owners Association, Inc. respectfully request that confirmation of the Plan be denied.

**BECKER NE, P.C.**
2003 South Easton Road, Suite 205
Doylestown, PA 18901
Tel. (267) 656-4671

Date: August 24, 2026

[signature]
_______________________
Stefan Richter, Esquire
Attorney for Movant

32057194.v1